1  Ali S. Razai (SBN 246922)
2  ali.razai@morganlewis.com
   Benjamin J. Everton (SBN 259214)
3  benjamin.everton@morganlewis.com
   Brandon G. Smith (SBN 307676)
4  brandon.g.smith@morganlewis.com
   Christian D. Boettcher (SBN 342950)
5  christian.boettcher@morganlewis.com
6  **MORGAN, LEWIS & BOCKIUS, LLP**
7  600 Anton Boulevard, Eighteenth Floor
8  Costa Mesa, CA  92626
9  Telephone: (714) 830-0600
   Facsimile: (714) 830-0700
10

11 *Attorneys for Plaintiff*
   HYDRAFACIAL LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JAMES E. DOROSHOW (SBN 112920)
JDoroshow@FoxRothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828

LAUREN SABOL (*pro hac vice*)
LSabol@FoxRothschild.com
**FOX ROTHSCHILD LLP**
BNY Mellon Center
500 Grant Street, Suite 2500
Pittsburgh, PA 15219
Telephone: (412) 394-5568
Facsimile: (412) 391-6984

CLARISSA TOTH (*pro hac vice*)
CToth@FoxRothschild.com
**FOX ROTHSCHILD LLP**
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Telephone: (215) 299-2060
Facsimile: (215) 299-2150

JOHN GUERRERO (*pro hac vice*)
JGuerrero@FoxRothschild.com
**FOX ROTHSCHILD LLP**
2501 N. Harwood Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 231-5741
Facsimile: (972) 404-0516

Terry A. Saad (*pro hac vice*)
tsaad@bosfirm.com
Brandon V. Zuniga (*pro hac vice*)
bzuniga@bosfirm.com

**BRAGALONE OLEJKO SAAD PC**
901 Main Street, Suite 3800
Dallas, TX 75202
Telephone: (214) 785-6670
Facsimile: (214) 785-6680

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HYDRAFACIAL LLC, formerly known as EDGE SYSTEMS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL PURCHASING RESOURCE, LLC,<br><br>Defendant. | Civil Action No. 2:24-cv-4655-RAO<br><br>[~~PROPOSED~~] **FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Honorable Hernán D. Vera |

Plaintiff HydraFacial LLC, formerly known as Edge Systems LLC ("Plaintiff"), and Defendant Medical Purchasing Resource, LLC ("Defendant") hereby stipulate and jointly move for entry of final judgment as follows:

1.      That this Final Consent Judgment and Permanent Injunction are entered into pursuant to a settlement agreement between Plaintiff and Defendant ("Settlement Agreement").

2.      That this Court has subject matter jurisdiction over this action as well as personal jurisdiction over Plaintiff and Defendant.

3.      That venue is proper in this judicial district.

4.      That Plaintiff is the record owner of U.S. Trademark Registration Nos. 4,317,059 ("'059 Registration") and 4,738,970 ("'970 Registration") for the mark HYDRAFACIAL®. The '059 Registration, '970 Registration, and Plaintiff's alleged common law rights are herein collectively referred to as the "HydraFacial® Trademarks."

5.      That Defendant has denied and continues to deny any wrongdoing, as well as any liability, in this action.

6.      That, except as expressly set forth in the Settlement Agreement, Defendant, together with its officers, directors, agents, servants, employees, and all other persons acting or attempting to act in active concert or participation with them (excluding attorneys), are permanently enjoined and restrained from using the HYDRAFACIAL® Trademarks, any combination of "hydro," "hydra," and/or "facial" in the same sentence, or any mark that is confusingly similar to the HYDRAFACIAL® Trademarks in connection with the manufacture, use, display, advertising, marketing, promotion, sale, offer for sale, or importation into the United States of goods or services related to skin treatments and/or other goods and services, including, but not limited to, in its online product listings, as keywords for its Google AdWords, in the text of Google ads, or in metadata for the webpages at the following website: https://medpurchasing.com/, and from committing induced or contributory

trademark infringement of the HYDRAFACIAL® Trademarks under applicable laws.

7.      That Defendant, together with its officers, directors, agents, servants, employees, and all other persons acting or attempting to act in active concert or participation with them (excluding attorneys), are permanently enjoined and restrained from challenging or contesting, or assisting and/or funding any third party in challenging or contesting the validity, enforceability, or ownership of the HydraFacial® Trademarks. Notwithstanding the foregoing, documents and/or testimony may be provided in response to a lawful subpoena, court order, order of any administrative agency, or as otherwise required by law.

8.      That Final Judgment be entered consistent with the foregoing terms.

9.      That the Parties affirmatively waive any and all rights to appeal this Final Consent Judgment and Permanent Injunction.

10.     That this Court retain jurisdiction over this matter to enforce compliance with the Permanent Injunction.

11.     That each Party will bear its own costs and attorneys' fees for this action.


Dated: 07/14/25

_____
        Honorable Hernán D. Vera
        U.S. District Judge

1

2

Respectfully submitted,

3

Dated: <u>July 9, 2025</u>

Dated: <u>July 9, 2025</u>

4

5

FOX ROTHSCHILD LLP

MORGAN, LEWIS & BOCKIUS, LLP

6

7

<u>/s/ James E. Doroshow (with permission)</u>

<u>/s/ Ali S. Razai</u>

James E. Doroshow

Ali S. Razai

8

9

**Fox Rothschild LLP**

Ali S. Razai

James E. Doroshow

Benjamin J. Everton

10

Lauren Sabol (*Pro Hac Vice*)

Brandon G. Smith

Clarissa Toth (*Pro Hac Vice*)

Christian D. Boettcher

11

John Guerrero (*Pro Hac Vice*)

12

*Attorneys for Plaintiff HydraFacial*
*LLC*

13

**Bragalone Olejko Saad PC**

Terry A. Saad (*Pro Hac Vice*)

14

Brandon V. Zuniga (*Pro Hac Vice*)

15

*Attorneys for Defendant Medical*
*Purchasing Resource, LLC*

16

17

18

**FILER'S ATTESTATION**

19

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest

20

that concurrence in the filing of this document has been obtained from all

21

signatories above.

22

DATED:  <u>July 9, 2025</u>

<u>/s/ Ali S. Razai</u>
Ali S. Razai

23

24

25

26

27

28

[PROPOSED] FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION

## <u>CERTIFICATE OF SERVICE</u>

I am a citizen of the United States of America and I am employed in Orange County, California. I am over the age of eighteen years and not a party to the within action. My business address is 600 Anton Boulevard, Suite 1800, Costa Mesa, CA 92626-7653.

On July 9, 2025, I served the foregoing document on counsel shown below via electronic mail:

James E. Doroshow
jdoroshow@foxrothschild.com
Fox Rothschild LLP
10250 Constellation Blvd., Ste. 900
Los Angeles, CA 90067
T: 310.598.4150
F: 310.556.9828

Terry A. Saad (Pro Hac Vice)
tsaad@bosfirm.com
Brandon V. Zuniga (Pro Hac Vice)
bzuniga@bosfirm.com
Bragalone Olejko Saad PC
901 Main Street, Suite 3800
Dallas, TX 75202
T: 214.785.6670

Lauren Sabol (Pro Hac Vice)
lsabol@foxrothschild.com
Fox Rothschild LLP
500 Grant Street, Suite 2500
Pittsburgh, PA 15219
T: 412.391.1334
F: 412.391.6984

Clarissa Toth (Pro Hac Vice)
ctoth@foxrothschild.com
Fox Rothschild LLP
2001 Market Street, Suite 1700
Philadelphia, PA 19103
T: 215.299.2000
F: 215.299.2150

John Guerrero (Pro Hac Vice)
jguerrero@foxrothschild.com
Fox Rothschild LLP
2501 N. Harwood St., Suite 1800
Dallas, TX 75201
T: 972.991.0889
F: 972.404.0516

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

- 4 -

Executed on July 9, 2025, at Costa Mesa, California.

_____
Vanessa Green

[PROPOSED] FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION